R. Sam Hopkins, Chapter 7 Trustee
ECF email: ID07@ecfcbis.com
Correspondence email: samhopkins@qwestoffice.net
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone: (208) 478-7978
FAX: (208) 478-7976

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:

**Shane Lyle Scott**                      )   CASE NO. 05-41825-JDP
                                          )
                                          )   CHAPTER 7
                                          )
           Debtor(s)                      )

## TURNOVER OF FUNDS TO CLERK

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1. The following funds represent disbursement to creditors which were not Claimed within ninety (90) days and are therefore paid to the Court pursuant to 11 U.S.C. Section 347(a).

| NAME & ADDRESS OF CREDITOR | CHECK # | DATED | AMOUNT | CLAIM# |
|---|---|---|---|---|
| Blaser Sorenson<br>ATTN: JUSTIN OLESON<br>PO Box 1047<br>Blackfoot, ID 83221 | 10111 | 06/01/2010 | $3,707.04 | 6 |

Dated this Wednesday, June 02, 2010.

/s/ R. Sam Hopkins
R. Sam Hopkins, Trustee